1  PARINEH LAW, APC
2    Austiag H. Parineh (Bar No. 265866)
     *ahp@parinehlaw.com*
3  1101 Dove Street, Suite 245
   Newport Beach, California 92660
4  Tel.: 949-377-2275
   Fax: 949-377-2276

5  Attorneys for Plaintiffs
   Brooke Jigger and Jenna Ballere
6

7  MICHAEL A. LAURENSON (SBN: 190023)
   mlaurenson@grsm.com
8  SETH WEISBURST (SBN: 259323)
   sweisburst@grsm.com
9  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA 94111
   Telephone: (415) 875-3141
11 Facsimile: (415) 986-8054

12 Attorneys for Defendants
   HIRENAMI, INC. dba VIDREACH;
13 ITC HOLDING COMPANY, LLC;
   BROWN SERVICE COMPANY, INC.
14

15             **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17

18 BROOKE JIGGER, an individual; and        CASE NO.: 5:20-CV-00862-VKD
   JENNA BALLERE, an individual;
19                                          ~~[PROPOSED]~~ **ORDER RE**
20              Plaintiffs,                 **STIPULATION OF VOLUNTARY**
                                            **DISMISSAL OF ENTIRE ACTION**
21       v.                                 **WITH PREJUDICE**

22                                          [Hon. Virginia K. DeMarchi presiding]
23 HIRENAMI, INC. dba VIDREACH, a
   Georgia Corporation; ITC HOLDING         Re: Dkt. No. 24
24 COMPANY, LLC, a Delaware limited
   liability company; BROWN SERVICE
25 COMPANY, INC., a Georgia
   Corporation; and DOES 1 through 25,
26 inclusive;
27              Defendants.
28

-1-

Pursuant to the parties' "Stipulation of Voluntary Dismissal of Entire Action with Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear her or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED.

Dated _____October 6, 2020_____

_Virginia K. DeMarchi_

~~Judge, United States District Court,~~

~~Northern District of California~~

Virginia K. DeMarchi
United States Magistrate Judge